AO 91 (Rev. 08/09) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN - 7 2013

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Rene RODRIGUEZ

*Defendant*

Case No. C-13-27M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 01-06-2013 in the county of Brooks in the Southern District of Texas, the defendant violated Title 21 U. S. C. § 841(a)(1), an offense described as follows:

knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance in Schedule I of the Controlled substance Act of 1970, to wit: 20.64 kilograms, approximate gross weight, of marijuana.

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Omar Cervantes, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01-07-2013

*Judge's signature*

City and state: Corpus Christi, Texas

B. Janice Ellington, US Magistrate Judge

*Printed name and title*

ATTACHMENT A

On January 06, 2013 United States Border Patrol Agent (BPA) John Leonard was working the primary inspection lane at the U.S. Border Patrol Checkpoint, 13 miles south of Falfurrias, Texas on Highway 281. Also working with BPA Leonard on this day was BPA Eleno Barron and his Service Canine "Kaida".

At approximately 5:15 a.m., a black 1999 Ford Ranger pickup truck bearing Texas License Plates: CA5-8621 approached the primary inspection lane for an immigration inspection of its passengers. As the vehicle approached, BPA Leonard observed one visible occupant in truck.

When the pickup truck came to a stop, BPA Leonard asked the driver, later identified as Rene RODRIGUEZ if he was a United States citizen; RODRIGUEZ responded "Yes, I am a U.S. Citizen". As BPA Leonard further conducted his immigration inspection, BPA Barron and his Service Canine "Kaida" were conducting a non-intrusive, free air sniff of the exterior of the pick-up that RODRIGUEZ was driving.

BPA Leonard asked RODRIGUEZ where he was going, RODRIGUEZ responded, "To go see his mother at the hospital in Corpus Christi". BPA Leonard asked RODRIGUEZ what hospital was his mother admitted to and RODRIGUEZ replied, "He did not know what hospital she was at, but had to get there to see her". RODRIGUEZ seemed to be in a hurry by his rapid responses to BPA Leonard questions. BPA Barron advised BPA Leonard that Canine "Kaida " had alerted to the pick-up. At that point RODRIGUEZ was referred to the secondary inspection area.

Once in secondary area, BPA Leonard asked RODRIGUEZ where in Corpus Christi his mom resided at, RODRIGUEZ replied, "somewhere on Leopard Street in Corpus Christi, Texas." BPA Leonard then asked RODRIGUEZ how did he find out his mom was sick and RODRIGUEZ replied that his sister in Seguin, Texas called inform him that his mom had a stroke. BPA Leonard asked if anybody went to the hospital to check on her condition. RODRIGUEZ stated that some members from his family that lived in Corpus Christi went, but he was very vague about who went to the hospital. BPA Leonard found this to be strange that RODRIGUEZ was not able answer this question. During questioning RODRIGUEZ displayed signs of nervousness by constantly shifting his body while at secondary.

BPA Barron and his Service Canine "Kaida" performed a systematic search on the pickup, when Service Canine "Kaida" alerted to drivers' side of the pickup closer to the gas tank. BPA Leonard asked RODRIGUEZ how long he owned the vehicle and RODRIGUEZ stated six months. BPA Leonard asked RODRIGUEZ if any repairs where performed on the vehicle recently and RODRIGUEZ stated no repairs had been done. BPA Leonard asked RODRIGUEZ if the vehicle had always been in his possession RODRIGUEZ responded, "Sometimes I let my nephew use the pickup on the weekends".

Tool markings were discovered on the bolts in the bed of the pickup truck. The bed of the truck was removed giving access to the gas tank, which was revealed to contain 44 bundles of marijuana wrapped in black tape weighing a total of approximately 20.64 kilograms. RODRIGUEZ was placed under arrest and escorted inside the checkpoint for further processing.

At approximately 6:00 a.m., BPA Leonard read RODRIGUEZ his Miranda Rights in his preferred language of English, witnessed by BPA Nestor Yanez. RODRIGUEZ then signed the Miranda Rights forms and he verbally confirmed that he understood his rights.

BPA Leonard questioned RODRIGUEZ about the marijuana. RODRIGUEZ claimed he had no knowledge of the narcotics in the pickup truck. BPA Leonard asked RODRIGUEZ what his nephews' name was and RODRIGUEZ refused to answer. RODRIGUEZ further stated that he would take responsibility for the marijuana that was found in the pickup.

At approximately 11:49 a.m., SA Omar Cervantes and TFO Todd Beach responded to the United States Border Patrol Checkpoint in Falfurrias, Texas to assume custody of the case involving RODRIGUEZ. SA Cervantes and TFO Beach reviewed the documents seized by the USBP.

At approximately 12:49 p.m., SA Cervantes read RODRIGUEZ his Miranda Warnings in his preferred language of English, witnessed by TFO Beach. RODRIGUEZ acknowledged his rights, waived them and agreed to answer some questions without an attorney present, as evidenced by the signed and completed form.

According to RODRIGUEZ, he was approached by a Hispanic male who offered him $2,000 U.S. currency to transport marijuana to Corpus Christi, Texas. RODRIGUEZ stated that he was provided $300.00 dollars for gas and was instructed to put gas every 100 miles. RODRIGUEZ believed that the vehicle contained forty (40) to forty-five (45) pounds of marijuana.

AUSA Jeffery Preston was advised of the circumstance and authorized the prosecution of RODRIGUEZ. The amount of marijuana seized infers the intent to distribute approximately 20.64 kilograms.